===============================================================================

# UNITED STATES DISTRICT COURT
## ---------- DISTRICT OF MARYLAND -------

### APPEARANCE

UNITED STATES OF AMERICA

      v.                                                                       CASE NO.: 25-1640-EA

JAMAR STEPHENS

                      *      *      *      *      *      *

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for Jamar Stephens.   I certify that I am admitted to practice in this Court.


June 24, 2025                                                 /s/
Date                                                       CARRIE HOWIE CORCORAN (#14136)
                                                        Assistant Federal Public Defender
                                                        100 South Charles Street
                                                        Tower II, 9th floor
                                                        Baltimore, Maryland 21201
                                                        (410) 207-4219 (cell)
                                                        (410) 962-3976 (fax)
                                                        carrie_corcoran@fd.org